UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

EAGLESTAR INTERTRADE LIMITED,

      Plaintiff,

  v.                              Case No. 06-C-953

DAFIN ASSET FINANCE LIMITED and
SHIPBUILDERS OF WISCONSIN, INC.

      Defendants.

---

**ORDER FOR PARTIAL JUDGMENT**

---

Upon motion of the plaintiff, I find no just reason for delay of the entry of partial judgment in its favor. Fed. R. Civ. P. 54(b). Accordingly, **IT IS ORDERED THAT** judgment be entered declaring that Dafin is in default under the Sale and Purchase Agreement and the Security Agreement and that Eaglestar is the owner of all rights Dafin had in the Yacht Construction Agreements between Burger Boat and Dafin.

Dated this _____ day of July, 2007.

                                                        _____
                                                        William C. Griesbach
                                                        United States District Judge