# United States District Court

EASTERN DISTRICT OF WISCONSIN

EAGLESTAR INTERTRADE LIMITED,
        Plaintiff,

**PARTIAL JUDGMENT IN A CIVIL CASE**

v.

Case No. 06-C-953

DAFIN ASSET FINANCE LIMITED and
SHIPBUILDERS OF WISCONSIN, INC.
(d/b/a/ Burger Boat),
        Defendant.

☐     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒     **Decision by Court.** This action came before the Court for consideration.

    **IT IS HEREBY ORDERED AND ADJUDGED** that Dafin Asset Finance Limited is in default under the Sale and Purchase Agreement and the Security Agreement and that Eaglestar Intertrade Limited is the owner of all rights Dafin had in the Yacht Construction Agreements between Burger Boat and Dafin.

Approved:     s/ William C. Griesbach
                  WILLIAM C. GRIESBACH
                  United States District Judge

Dated: July 13, 2007.

                  JON W. SANFILIPPO
                  Clerk of Court

                  s/ Stephen Dries
                  Deputy Clerk